# In The United States Court of Federal Claims

No. 12-622C

(Filed: September 20, 2012)

_____

LABORATORY CORPORATION OF AMERICA,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Friday, September 21, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge