# In The United States Court of Federal Claims

No. 12-622C

(Filed:  September 24, 2012)
_____

LABORATORY CORP. OF AMERICA,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.
_____

**ORDER**
_____

On September 21, 2012, a telephonic status conference was held in this case. Participating in the conference were David Earl Frulla, for plaintiff, and James Robert Sweet, for defendant.  Pursuant to discussions during the conference, the court adopts the following schedule:

1. On or before September 28, 2012, defendant shall file the administrative record on CD-ROM, and shall effectuate service to all parties;

2. On or before October 5, 2012, plaintiff shall file its motion for judgment on the administrative record;

3. On or before October 19, 2012, defendant shall file its cross-motion for judgment on the administrative record and response to plaintiff's motion;

4. On or before October 26, 2012, plaintiff shall file its reply to its motion and response to defendant's cross motion;

5. On or before November 2, 2012, defendant shall file its reply in support of its cross-motion; and

6. Oral argument on these motions for judgment on the administrative record will be held on November 7, 2012, at 10:00 a.m. (EDT) at the United

-2-

   States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

7. Proceedings on plaintiff's application for a temporary restraining order and motion for a preliminary injunction are hereby **STAYED**. Likewise **STAYED** is any requirement that defendant answer plaintiff's complaint.

**IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge