# In The United States Court of Federal Claims

No. 12-622C

(Filed: November 1, 2012)

_____

LABORATORY CORPORATION OF
AMERICA,

           Plaintiff,

  v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On October 31, 2012, plaintiff filed a consent motion for an enlargement of time to file its reply in support of its motion for judgment on the administrative record and response to defendant's cross-motion. The motion is hereby **GRANTED**. Accordingly:

1. On or before November 7, 2012, plaintiff shall file its reply to its motion and response to defendant's cross-motion, addressing therein defendant's memorandum regarding spoliation;

2. On or before November 14, 2012, defendant shall file its reply in support of its cross-motion, addressing therein any remaining points regarding spoliation; and

3. Oral argument on these motions for judgment on the administrative record will be held on November 19, 2012, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge