# In The United States Court of Federal Claims

No. 12-622C

(Filed: November 19, 2012)

_____

LABORATORY CORPORATION OF
AMERICA,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Today, the court held oral argument in this case. Participating in the conference were Robert I. Steiner, for plaintiff, and James Robert Sweet, for defendant. Pursuant to the discussions at oral argument, on or before December 3, 2012, defendant shall file an affidavit or declaration regarding:

    1.    Whether anyone in the federal government had, at the time of this procurement, administrative rights allowing them to view the screen seen by any prospective bidder; and

    2.    Whether e-Buy can be programmed to reflect a deadline other than in Eastern time (e.g. CDT)?

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                      Judge